UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

            Plaintiff,

v.

DAVID J. SEEGER; COMPUTER MDz;
MANUFACTURERS AND TRADERS TRUST
COMPANY, as Custodian; 69 DELAWARE AVENUE
ASSOCIATES, LLC; WORKERS' COMPENSATION
BOARD OF THE STATE OF NEW YORK; NEW YORK
STATE DEPARTMENT OF TAXATION AND FINANCE;
ERIE COUNTY; and CITY OF BUFFALO,

            Defendants.
_____

**ANSWER**

Civil Action No.:
1:24-cv-142

       The Defendant, ERIE COUNTY (hereinafter, "Erie County"), answers the Complaint of the Plaintiff as follows:

       1.     Erie County admits this is a civil action to enforce federal tax liens upon real property located at 17 St. Johns Place in the City of Buffalo owned by the Defendant David J. Seeger, and denies knowledge or information sufficient to admit or deny the rest of the allegations.

       2.     Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 1 and therefore DENIES the allegation.

       3.     Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 2 and therefore DENIES the allegation.

       4.     Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 3 and therefore DENIES the allegation.

       5.     Erie County lacks knowledge or information sufficient to admit or deny the

allegation in paragraph 4 and therefore DENIES the allegation.

6. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 5 and therefore DENIES the allegation.

7. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 6 and therefore DENIES the allegation.

8. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 7 and therefore DENIES the allegation.

9. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 8 and therefore DENIES the allegation.

10. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 9 and therefore DENIES the allegation.

11. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 10 and therefore DENIES the allegation.

12. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 11 and therefore DENIES the allegation.

13. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 12 and therefore DENIES the allegation.

14. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 13 and therefore DENIES the allegation.

15. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 14 and therefore DENIES the allegation.

16. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 15 and therefore DENIES the allegation.

17. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 16 and therefore DENIES the allegation.

18. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 17 and therefore DENIES the allegation.

19. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 18 and therefore DENIES the allegation.

20. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 19 and therefore DENIES the allegation.

21. Erie County lacks knowledge or information sufficient to admit or deny the allegation in paragraph 20 and therefore DENIES the allegation.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

22. Plaintiff's Complaint, and each purported cause of action alleged therein, fails to state a cause of action upon which relief can be granted.

**AS AND FOR AN SECOND AFFIRMATIVE DEFENSE**

23. Erie County asserts that it intends to rely upon such other defenses as may be available or apparent during discovery proceedings in this case and hereby reserves its right to amend and/or supplement its Answer to said defenses.

**WHEREFORE**, The Defendant, ERIE COUNTY demands judgment as follows:

A) Dismissing the Complaint herein together with the costs and disbursements of this action, an award of attorneys' fees pursuant to Fed. R. Civ. P. 54; and

B) Granting such other and further relief in favor of Defendant, ERIE COUNTY as the Court deems just and proper, together with the costs and disbursements of this action.

Dated: April 24, 2024
Buffalo, New York

Respectfully submitted,

**LIPPES MATHIAS LLP**

By:   */s/Margaret A. Hurley*
Margaret A. Hurley, Esq.
*Attorneys for Defendant Erie County*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
(716) 853-5100
mhurley@lippes.com

TO: United States of America
Thelma Alejandra Lizama
*Attorney for Plaintiff*
PO Box 55
Ben Franklin Station
Washington, DC 20044
202-616-3339
Fax: 202-514-5238
Email: thelma.a.lizama@usdoj.gov

United States of America
Jeffrey Nathan Nunez
*Attorney for Plaintiff*
PO Box 55
Ben Franklin Station
Washington, DC 20044
202-616-5218
Fax: 202-514-5238
Email: jeffrey.n.nunez@usdoj.gov

Stephanie A. Henry
*Attorney for Workers' Compensation*
*Board of the State of New York*
Devaprasad PLLC
119 Washington Avenue
Albany, NY 12210
855-496-1500
Fax: 855-496-1700
Email: stephanie.henry@wcb.ny.gov

David M. Lee
*Attorney for Corporation Counsel*
*The City of Buffalo*
1100 City Hall
65 Niagara Square
Buffalo, NY 14202
716-851-9691
Fax: 716-851-4105
Email: dlee@city-buffalo.com

Parker Roy MacKay
*Attorney for Defendant David J. Seeger*
3110 Delaware Avenue
Kenmore, NY 14217
716-803-8166
Fax: 716-408-1651
Email: parker@mackaylawoffice.com